THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ROSENBAUM and FRANK CONIGLIO, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

GEORGE H. ENGELHARD, Plaintiff, v. IDONAH S. PERKINS et al., Defendants. GEORGE A. FERRIS, Plaintiff, v. IDONAH S. PERKINS et al., Defendants. HARTFORD BEAUMONT, Plaintiff, v. IDONAH S. PERKINS, Defendant. GEORGE A. FERRIS et al., Appellants; IDONAH S. PERKINS, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent against the appellants. No opinion. Present — Martin, P. J., Dore, Cohn and Peck, JJ.

WILKES-BARRE CLAY PRODUCTS CO., INC., Respondent, v. ROBERT FUERST et al., Doing Business under the Name of ROBERT FUERST & Co., et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn and Peck, JJ.

HARRY GLOVERMAN, Appellant, v. HAROLD B. DECKOFF, Doing Business as TRIBUNE PRINTING Co., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 270 App. Div. 840.]

THEODORE R. TRILLING, Appellant, v. AMERICAN-LONDON SHRINKERS CORPORATION et al., Defendants, and WILLIAM BRAYER, as Administrator of the Estate of MICHAEL BRAYER, Deceased, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendants Samuel E. Dribben and Max Reiner and to the defendant William Brayer, as administrator, etc., to serve an amended answer within ten days after service of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY COHEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

JOHN A. DEVANY, JR., Appellant, v. ALBERT SHULMAN, Respondent, et al., Defendants.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Dore, J., dissents and votes to reverse and deny the motion. [184 Misc. 613.]

In the Matter of STREAT COAL COMPANY, INC., Petitioner, against FREDERICK J. H. KRACKE et al., Constituting the Board of Assessors of the City of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 270 App. Div. 760.]

SELMA R. MARKEL, Respondent, v. HOWARD MARKEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

LOUISE GUILDEN, Respondent, v. IRA GUILDEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Cohn, J., taking no part.

L. O. L. PRODUCTIONS, INC., Respondent, v. SOUNDIES DISTRIBUTING CORPORATION OF AMERICA, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 270 App. Div. 761.]

In the Matter of the Estate of MAXIMO CALDERON, Deceased. ADELA C. CALDERON, Appellant; AUREA CALDERON, as Administratrix of the Estate of MAXIMO CALDERON, Deceased, Respondent.— Decree unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.